### TOWN OF BOWDOINHAM

v.

### Robert G. WRIGHT.

Supreme Judicial Court of Maine.

Argued March 8, 1985.

Decided April 2, 1985.

Richard L. Hornbeck (orally), Brunswick, for plaintiff.

Robert B. Wright, pro se, did not appear.

Before McKUSICK, C.J., and NICHOLS, VIOLETTE, WATHEN, GLASSMAN, and SCOLNIK, JJ.

### MEMORANDUM OF DECISION.

The Town appeals from a judgment of the Superior Court, Sagadahoc County, that affirmed a property tax abatement granted to Wright by the Sagadahoc County Commissioners. The Commissioners' finding that the Town unjustly discriminated against Wright in assessing his property was not clearly erroneous. *Delta Chemicals, Inc. v. Inhabitants of the Town of Searsport,* 438 A.2d 483, 484 (Me. 1981).

The entry is:

Judgment affirmed.

All concurring.